# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| BRETT THEIL,<br>　　　　　Appellant,<br>　　vs.<br>THE STATE OF NEVADA,<br>　　　　　Respondent. | No. 78839 |
| BRETT THEIL,<br>　　　　　Appellant,<br>　　vs.<br>THE STATE OF NEVADA,<br>　　　　　Respondent. | No. 78913 ✔<br><br>**FILED**<br><br>JUN 18 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER ADMINISTRATIVELY CLOSING THE APPEAL IN DOCKET NO. 78913 AND TRANSFERRING DOCUMENTS

These are appeals from a judgment of conviction. Appellant's appeal from the district court's order was previously docketed in this court in Docket No. 78839. The clerk of this court inadvertently docketed the appeal in Docket No. 78913 as a separate matter when appellant filed a second, duplicative notice of appeal. Accordingly, the clerk of this court shall administratively close the appeal in Docket No. 78913 and transfer to Docket No. 78839 all documents filed or received in Docket No. 78913.

It is so ORDERED.

_____ C.J.

19-26356

cc: Hon. Stefany Miley, District Judge
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Brett Theil